UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHAEL CHANNEL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:14-CV-05472-BHS<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for supplemental security income payments under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge, a de novo hearing, and a new decision.  On remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to give the claimant an opportunity for a hearing and obtain additional evidence.  The ALJ will further evaluate the claimant's mental impairment in accordance with the special technique described in 20 CFR 404.1520a and 416.920a, and provide specific findings and appropriate rationale for each of the functional areas described in 20 CFR 404.1520a(c) and

Page 1      ORDER - [3:14-CV-05472-BHS]

416.920a(c). The ALJ will reevaluate the opinion of the treating physician, Greg Zarelli, M.D., and the residual functional capacity. The ALJ will obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base pursuant to Social Security Ruling 83-14.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 1st day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Jeffrey E. Staples
JEFFREY E. STAPLES
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3706
Fax: (206) 615-2531
jeff.staples@ssa.gov

Page 2    ORDER - [3:14-CV-05472-BHS]