Case 3:14-cv-05472-BHS   Document 25   Filed 01/29/15   Page 3 of 5

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| MICHAEL CHANNEL, | ) | Case No.:   ~~3:13-cv-05472-BHS~~ |
| | ) | 3:14-CV-05472BHS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AWARDING ATTORNEY |
| | ) | FEES PER 28 USC 2412(d) |
| | ) | |
| CAROLYN COLVIN, Commissioner, | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $4,124.30 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then the check for any remaining funds after offset of

Page 3 – PETITION FOR EAJA FEES

the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED this 29 day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                    Date:   January 29, 2015

_____
George J. Wall, OSB No. 934515, Pro Hac Vice
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Adam Boklage
Tucker & Boklage, PLLC
203 SE Park Plaza Dr. Ste. 220
Vancouver, WA 98694
Of Attorneys for Plaintiff, Michael Channel

Page 4 – PETITION FOR EAJA FEES